*NEW CASE ON APPEAL*

*CASE NO: MB1239828G*
*NAME :   LOPEZ, MONICA IUNICE*

*LIZ MATZ, CLERK*
*COURT OF APPEALS FOR THE*
*FIFTH SUPREME JUDICIAL DISTRICT*
*OF TEXAS, DALLAS TEXAS*

*By:  Rowe M. Ramos*
*Deputy Clerk*
*214-653-5753*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 4:06:56 PM
LISA MATZ
Clerk

NO. *MB12-39828 G*

THE STATE OF TEXAS     §     IN THE COUNTY CRIMINAL COURT

                 § 

VS.                §     *#6*     OF

*Monica Lopez*       §

                 §     DALLAS COUNTY, TEXAS

## MOTION FOR NEW TRIAL

To the Honorable Judge of said Court:

Comes now the Defendant in the above styled and numbered cause and by

Defendant's attorney, if any, moves this Judge to grant a new trial for the reason that

the verdict is contrary to the law and evidence.

Respectfully submitted,

Attorney for ~~Defendant or~~ Defendant

℄ 469-271-6190

*Phone*   ~~Bar Card~~ Number

## ORDER

On this the _____ day of _____, 199____, came to be heard the

Defendant's Motion For New Trial. The Judge, having heard and considered the

same, hereby find that the motion is:

_____ **DENIED.**

_____ **GRANTED.**

Revised 11/1/93

Form No. M-430

_____

Judge, County Criminal Court _____

Dallas, Texas

Trial Court No. MB1239828-G

Court of Appeals No. 6

The State of Texas

In the County Court # 6

V.

LOPEZ, MONICA IUNICE

of Dallas County, Texas

## DOCKETING CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS

The Records of my office show that:

(1)    The Defendant named above was convicted in this court of the offense of: DWI

(2)    The Honorable ANGELA KING presided at the trial.

(3)    The state is represented by LAKESHA SMITH

(4)    The Defendant is represented by:ASHKAN MEHRYARI,972-789-1664,212 W. SPRING VALLEY RD. RICHARDSON,TEXAS 75081.BAR NO. 24068608

(5)    Defendant's Counsel was:Retained ☒ Appointed ☐ Pro Se☐

(6)    The sentence imposted was 09/17/15

(7)    The sentence did ☒ did not ☐ follow a plea bargain after a plea of guilty or no contest was entered before the court.

(8)    The sentence was imposed or suspended on 09/17/15. (date)

(9)    A motion for new trial was ☒(date 09/17/15) was not ☐ filed.

(10)    The date notice of appeal given:11/06/15

(11)    Defendant is in jail ☐ or on $     bond.

(12)    Defendant has ☐ has not ☒ been declared unable to pay costs.

(13)    The court reporter who reported the evidence was:TRISHA PHILLIPS 133 N RIVERFRONT BLVD DALLAS, TX 75207(Name & Address)

(14)    If two or more cases were tried together (same defendant) list case numbers only:    . If companion case, list docket number & defendant's name:

(Note: Send separate certificate for eash case appealed)

Witness my hand this 06 day of November, 2015

Clerk of the County Criminal Court #6
Of Dallas County, Texas
By:KRISTI TORRES Deputy

## NO. M1239828

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| V. | § | COURT NO. 6 |
| | § | |
| MONICA LOPEZ | § | |
| *Defendant* | § | DALLAS COUNTY, TEXAS |

---

## DEFENDANT'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MONICA LOPEZ, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas (5TH District Court of Appeals at Dallas, Texas) from the judgment of conviction and sentence herein rendered against MONICA LOPEZ.

Respectfully submitted,

By: _____
**ASHKAN MEHRYARI**
Texas Bar No. 24068608
**MODJARRAD | ABUSAAD | SAID LAW FIRM**
212 W. Spring Valley Rd.
Richardson, Texas 75081
Tel. (972) 789-1664/Fax. (972) 789-1665
amehryari@modjarrad.com

## CERTIFICATE OF SERVICE

I certify that on the June 13, 2015, a true and correct copy of this Notice of Appeal was served on the Office of District Attorney of Dallas County, the Assistant District Attorneys assigned to Court Criminal 6 via hand delivery.

_____
Ashkan Mehryari

---

Notice of Appeal                                                          Page 1 of 1

Cause No. MB12-39828 G

THE STATE OF TEXAS § IN THE COUNTY CRIMINAL
VS. M. Lopez § COURT NUMBER 6
§ DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          9/17/15
Judge                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                        Defendant's Counsel
Mailing Address:                 State Bar No.: 6497520
                                 Mailing Address:
Telephone #:                     Telephone #: 214-739-4515
Fax # (if any):                  Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012